Brad Holm (011237)
**HOLM WRIGHT HYDE & HAYS PLC**
10429 South 51st Street, Suite 285
Phoenix, Arizona 85044
Telephone: (480) 961-0040
Facsimile: (480) 961-0818
bholm@holmwright.com

Michael C. McKay (023354)
**SCHNEIDER WALLACE**
**COTTRELL BRAYTON KONECKY LLP**
7702 E. Doubletree Ranch Road – Suite 300
Scottsdale, Arizona 85258
Telephone: (480) 607-4367
Facsimile: (480) 607-4366
Email: mmckay@schneiderwallace.com

Attorneys for Theodore Kohan;
Arizona Tempe Town Lake, LLC
and Business to Business Markets, Inc.

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>NAMWEST, LLC, *et al.*,<br><br>      Debtors. | Chapter 11 Proceedings<br><br>Jointly Administered Under<br>Case No. 2:08-bk-13935-CGC |
| NAMWEST, LLC; NAMWEST-TOWN LAKES II, LLC,<br><br>      Plaintiffs,<br>  v.<br><br>NAMWEST-TOWN LAKES, LLC; THEODORE KOHAN; ARIZONA TEMPE TOWN LAKE, LLC, a Delaware limited liability company; and BUSINESS TO BUSINESS MARKETS, INC., a California corporation,<br><br>      Defendants. | Adversary No. 2:08-ap-00860-CGC<br><br>**SUPPLEMENTAL MEMORANDUM IN SUPPORT OF APPLICATION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing date:   **November 17, 2009**<br>Time:   **1:30 p.m.**<br>Place:   230 N. First Ave.<br>      Courtroom 601<br>      Phoenix, AZ 85003 |

    Kohan recently discovered that Roya Boucherain and the Namco Trustee are attempting to foreclose and conduct separate trustee sales on the same alleged $2,780,000 million debt. The fact

1

that Boucherain and the Trustee are seeking to collect on the same debt highlights why this adversary proceeding should be resolved before either party dilutes or disposes of the Club Rio Property.

Boucherain has a $27 million promissory note. The note is attached as Exhibit 1. The third paragraph of the note states that the principal amount of the $27 million note includes the present unpaid balance of a $2,780,000 million note, dated December 20, 2004.

The Trustee has the $2,780,000 note, dated December 20, 2004. This is the same note that was identified and included in Boucherain note. But both the Trustee and Boucherain are seeking to collect the same $2,780,000. In connection with their collection efforts, they have both recorded notices of trustee's sale on the Club Rio Property.

Kohan has consistently argued that the encumbrances on the Club Rio Property are fraudulent and a product of Ezri Namvar's malfeasance. Boucherain and the Trustee's attempt to double dip on notes purportedly secured by the Club Rio Property corroborate Kohan's arguments. This Court should enjoin the trustee from conducting any trustee's sale that affects the Club Rio Property until this adversary proceeding has been resolved.

Dated: October 29, 2009

SCHNEIDER WALLACE
COTTRELL BRAYTON KONECKY LLP


By: s/Michael C. McKay
    Michael C. McKay
    7702 E. Doubletree Ranch Road – Suite 300
    Scottsdale, Arizona 85258

HOLM WRIGHT HYDE & HAYS PLC
Brad Holm
10429 South 51st Street, Suite 285
Phoenix, Arizona 85044
Telephone: (480) 961-0040
Facsimile: (480) 961-0818
bholm@holmwright.com

I certify that on the 29th day of October, 2009, I electronically filed the foregoing with the Clerk of the District Court, with a copy sent by Electronic notification to:

Carolyn L. Johnson
Jimmie W. Pursell, Jr.
Todd M. Adkins
Kerry A. Hodges
Jennings, Strouss & Salmon, P.L.C.
The Collier Center, 11th Floor
201 East Washington Street
Phoenix, Arizona 85004-2385
Attorneys for Namwest

Beverly Y. Lu
Gabriel G. Green
Reeder, Lu & Green, LLP
2121 Avenue of the Stars, Suite 950
Los Angeles, California 90067
Attorneys for Namwest-Town Lakes, LLC

Larry Lee Watson
Office of the U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, Arizona 85003

COPY of the foregoing sent via First Class US Mail and E-mail on this 29th day of October, 2009, to:

David M. Poitras
Jeffer Mangels Butler & Marmaro, LLC
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067
Dpoitras@JMBM.com
Namco Trustee


s/Roxanne A. McHugh

SCHNEIDER WALLACE COTTRELL BRAYTON KONECKY LLP