Carolyn J. Johnsen – 011894 cjjohnsen@jsslaw.com
Jimmie W. Pursell, Jr. - 19957 jpursell@jsslaw.com
Todd M. Adkins – 025338 tadkins@jsslaw.com
**JENNINGS, STROUSS & SALMON, P.L.C.**
A Professional Limited Liability Company
The Collier Center, 11th Floor
201 East Washington Street
Phoenix, Arizona 85004-2385
Telephone: (602) 262-5911
Facsimile: (602) 495-2696

Attorneys for Debtors/Plaintiffs

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Namwest, LLC, *et al.*<br><br>Debtors.<br><br>Namwest, LLC;<br>Namwest-Town Lakes II, L.L.C.,<br><br>Plaintiffs,<br><br>v.<br><br>Namwest-Town Lakes, L.L.C.; Theodore Kohan; Arizona Tempe Town Lake, L.L.C., a Delaware limited liability company; and Business To Business Markets, Inc., a California corporation,<br><br>Defendants. | Chapter 11 Proceedings<br><br>Jointly Administered Under<br>Case No. 2:08-bk-13935-CGC<br><br>Adversary No. 2:08-ap-00860-CGC<br><br>**REPLY TO COUNTERCLAIM** |

Counterdefendants/Debtors Namwest, LLC and Namwest-Town Lakes, L.L.C. (collectively "Replying Counterdefendants") hereby file their Reply to the Counterclaim filed against them in the above-captioned matter ("Counterclaim") by Defendants/Counterclaimants Theodore Kohan, Arizona Tempe Town Lake, L.L.C., and Business To Business Markets, Inc.

3276900v1(60193.1)

1

(collectively, "Counterclaimants"). Replying Counterdefendants admit, deny, and allege as follows:

1. To the extent that Paragraph 1 of the Counterclaim purports to recite the contents of documents, Replying Counterdefendants assert that such documents speak for themselves. Replying Counterdefendants specifically deny any factual allegations contained in Paragraph 1 of the Counterclaim.

2. Replying Counterdefendants deny the allegations contained in Paragraph 2 of the Counterclaim.

3. Responding to Paragraph 3 of the Counterclaim, Replying Counterdefendants admit that Kohan located approximately 10 acres of undeveloped real property on the waterfront of Tempe Town Lake and obtained the option to purchase that property. Replying Counterdefendants deny the remaining allegations contained in Paragraph 3 of the Counterclaim.

4. Replying Counterdefendants deny the allegations contained in Paragraph 4 of the Counterclaim.

5. Replying Counterdefendants deny the allegations contained in Paragraph 5 of the Counterclaim.

6. Responding to Paragraph 6 of the Counterclaim, Replying Counterdefendants admit that Articles of Organization were filed for Namwest Town Lakes, L.L.C. ("Town Lakes I"), naming Namwest as manager and Arizona Tempe Town Lake, L.L.C. as a member. Replying Counterdefendants deny that an operating agreement for Town Lakes I was ever executed. Replying Defendants further deny the remaining allegations of Paragraph 6 of the Counterclaim.

7. Responding to Paragraph 7 of the Counterclaim, Replying Counterdefendants admit that Kohan assigned the option to purchase the real property to Town Lakes I, but deny the remaining allegations contained in Paragraph 7 of the Counterclaim.

8. Responding to Paragraph 8 of the Counterclaim, Replying Counterdefendants admit that the Articles of Organization for Town Lakes I were amended to remove both Namwest and

Arizona Tempe Town Lake, L.L.C. as members at the request of Ezri Namvar. Replying Counterdefendants deny the remaining allegations contained in Paragraph 8 of the Counterclaim.

9. Responding to Paragraph 9 of the Counterclaim, Replying Counterdefendants admit that the Articles of Organization for Town Lakes I were amended to remove both Namwest and Arizona Tempe Town Lake, L.L.C. as members and making Woodman Partners, L.L.C. the sole member at the request of Ezri Namvar. Replying Counterdefendants deny the remaining allegations contained in Paragraph 9 of the Counterclaim.

10. Replying Counterdefendants deny the allegations contained in Paragraph 10 of the Counterclaim.

11. Responding to Paragraph 11 of the Counterclaim, Replying Counterdefendants admit that Town Lakes I purchased the subject real property. Replying Counterdefendants deny the remaining allegations contained in Paragraph 11 of the Counterclaim.

12. Responding to Paragraph 12 of the Counterclaim, Replying Counterdefendants admit that Town Lakes II was created on or about May 2, 2005 and Articles of Organization were filed for that entity naming Counter defendant Namwest L.L.C. as manager and sole member. Replying Counterdefendants deny the remaining allegations contained in Paragraph 12 of the Counterclaim.

13. Replying Counterdefendants admit the allegations contained in Paragraph 13 of the Counterclaim.

14. Replying Counterdefendants admit the allegations contained in Paragraph 14 of the Counterclaim.

15. Replying Counterdefendants admit the allegations contained in Paragraph 15 of the Counterclaim.

16. Replying Counterdefendants deny the allegations contained in Paragraph 16 of the Counterclaim.

17. Replying Counterdefendants deny the allegations contained in Paragraph 17 of the Counterclaim.

18. Replying Counterdefendants deny the allegations contained in Paragraph 18 of the Counterclaim.

19. Replying Counterdefendants deny the allegations contained in Paragraph 19 of the Counterclaim.

20. Responding to Paragraph 20 of the Counterclaim, Replying Counterdefendants admit that Kohan negotiated over a period of time with Ezri Namvar and various officers of Replying Defendants regarding Kohan compensation for brokering the transaction that culminated in Town Lakes I's acquisition of the subject real property described in Paragraph 3, above, but specifically allege that there was never a meeting of the minds with regard to that compensation. Replying Counterdefendants deny the remaining allegations contained in Paragraph 20 of the Counterclaim.

21. Replying Counterdefendants deny the allegations contained in Paragraph 21 of the Counterclaim.

22. Replying Counterdefendants deny the allegations contained in Paragraph 22 of the Counterclaim.

23. Responding to Paragraph 23 of the Counterclaim, Replying Counterdefendants admit that certain parties entered into a tolling agreement, but deny the remaining allegations of Paragraph 23.

24. Replying Counterdefendants incorporate by reference their response to the preceding paragraphs herein.

25. Replying Counterdefendants deny the allegations contained in Paragraph 25 of the Counterclaim.

26. Replying Counterdefendants deny the allegations contained in Paragraph 26 of the Counterclaim.

27. Replying Counterdefendants deny the allegations contained in Paragraph 22 of the Counterclaim.

28. Replying Counterdefendants admit that this matter arises out of contract and the prevailing party will be entitled to an award of attorneys fees, but specifically assert that they will be the prevailing parties.

29. Replying Counterdefendants incorporate by reference their response to the preceding paragraphs herein.

30. Replying Counterdefendants deny the allegations contained in Paragraph 30 of the Counterclaim.

31. Replying Counterdefendants deny the allegations contained in Paragraph 31 of the Counterclaim.

32. Replying Counterdefendants admit that this matter arises out of contract and the prevailing party will be entitled to an award of attorneys fees, but specifically assert that they will be the prevailing parties.

33. Replying Counterdefendants incorporate by reference their response to the preceding paragraphs herein.

34. Replying Counterdefendants deny the allegations contained in Paragraph 34 of the Counterclaim.

35. Replying Counterdefendants deny the allegations contained in Paragraph 35 of the Counterclaim.

36. Replying Counterdefendants deny the allegations contained in Paragraph 36 of the Counterclaim.

37. Replying Counterdefendants deny the allegations contained in Paragraph 37 of the Counterclaim.

38. Replying Counterdefendants incorporate by reference their response to the preceding paragraphs herein.

39. Replying Counterdefendants deny the allegations contained in Paragraph 39 of the Counterclaim.

40. Replying Counterdefendants deny the allegations contained in Paragraph 40 of the Counterclaim.

41. Replying Counterdefendants deny the allegations contained in Paragraph 41 of the Counterclaim.

42. Replying Counterdefendants deny the allegations contained in Paragraph 42 of the Counterclaim.

43. Replying Counterdefendants deny the allegations contained in Paragraph 43 of the Counterclaim.

44. Replying Counterdefendants deny the allegations contained in Paragraph 44 of the Counterclaim.

45. Replying Counterdefendants deny the allegations contained in Paragraph 45 of the Counterclaim.

46. Replying Counterdefendants deny the allegations contained in Paragraph 46 of the Counterclaim.

47. Replying Counterdefendants deny the allegations contained in Paragraph 47 of the Counterclaim.

48. Replying Counterdefendants incorporate by reference their response to the preceding paragraphs herein.

49. Replying Counterdefendants deny the allegations contained in Paragraph 49 of the Counterclaim.

50. Replying Counterdefendants deny the allegations contained in Paragraph 50 of the Counterclaim.

51. Replying Counterdefendants deny the allegations contained in Paragraph 51 of the Counterclaim.

52. Replying Counterdefendants deny the allegations contained in Paragraph 52 of the Counterclaim.

53. Replying Counterdefendants deny the allegations contained in Paragraph 53 of the Counterclaim.

54. Replying Counterdefendants incorporate by reference their response to the preceding paragraphs herein.

55. Replying Counterdefendants deny the allegations contained in Paragraph 55 of the Counterclaim.

56. Replying Counterdefendants deny the allegations contained in Paragraph 56 of the Counterclaim.

57. Replying Counterdefendants deny the allegations contained in Paragraph 57 of the Counterclaim.

58. Replying Counterdefendants deny the allegations contained in Paragraph 58 of the Counterclaim.

59. Replying Counterdefendants deny the allegations contained in Paragraph 59 of the Counterclaim.

60. Replying Counterdefendants deny the allegations contained in Paragraph 60 of the Counterclaim.

61. Replying Counterdefendants incorporate by reference their response to the preceding paragraphs herein.

62. Replying Counterdefendants deny the allegations contained in Paragraph 62 of the Counterclaim.

63. Replying Counterdefendants deny the allegations contained in Paragraph 63 of the Counterclaim.

64. Replying Counterdefendants incorporate by reference their response to the preceding paragraphs herein.

65. Replying Counterdefendants deny the allegations contained in Paragraph 65 of the Counterclaim.

66. Replying Counterdefendants deny the allegations contained in Paragraph 66 of the Counterclaim.

67. Replying Counterdefendants deny the allegations contained in Paragraph 67 of the Counterclaim.

68. Replying Counterdefendants incorporate by reference their response to the preceding paragraphs herein.

69. Replying Counterdefendants deny the allegations contained in Paragraph 69 of the Counterclaim.

70. Replying Counterdefendants deny the allegations contained in Paragraph 70 of the Counterclaim.

71. Replying Counterdefendants deny the allegations contained in Paragraph 71 of the Counterclaim.

72. Replying Counterdefendants deny the allegations contained in Paragraph 72 of the Counterclaim.

73. Replying Counterdefendants incorporate by reference their response to the preceding paragraphs herein.

74. Replying Counterdefendants deny the allegations contained in Paragraph 74 of the Counterclaim.

75. Replying Counterdefendants deny the allegations contained in Paragraph 75 of the Counterclaim.

76. Replying Counterdefendants deny the allegations contained in Paragraph 76 of the Counterclaim.

77. Replying Counterdefendants deny the allegations contained in Paragraph 77 of the Counterclaim.

78. In response to the unnumbered paragraph beginning "WHEREFORE, Kohan requests . . .", and all subparagraphs thereto, Replying Counterdefendants deny that Counterclaimants are entitled to the relief requested or any relief whatsoever.

79. Any factual allegations not expressly admitted herein are denied.

## AFFIRMATIVE DEFENSES

80. The Counterclaim fails to state a claim for which relief can be granted.

81. The Counterclaim is barred by the applicable statute of limitations.

82. The Counterclaim is barred because Counterdefendants acted as unlicensed real estate brokers and are thus barred from recovery by A.R.S. § 32-2101 *et seq*.

83. Replying Counterdefendants reserve the right to assert any additional affirmative defenses that are discovered through further disclosure and discovery.

WHEREFORE, premises considered, Replying Counterdefendants request:

    A.    That the Counterclaim be dismissed with prejudice;

    B.    That Replying Counterdefendants be awarded their reasonable costs and attorneys fees; and

    C.    That the Court Award such further and additional relief as it deems just and appropriate.

DATED: November 12, 2009.

                        JENNINGS, STROUSS & SALMON, P.L.C.

                        By <u>/s/Jimmie W. Pursell 019957</u>
                            Carolyn J. Johnsen
                            Jimmie W. Pursell
                            Todd M. Adkins
                            Attorneys for Debtors/Plaintiffs

| | |
|---|---|
| 1 | COPIES of the foregoing mailed and/or e-mailed November 12, 2009 to the following: |
| 2 | |
| 3 | Brad Holm, Esq.<br>Michael C. McKay, Esq. |
| 4 | Holm, Wright, Hyde & Hays, P.L.C.<br>10429 South 51st Street, Suite 285 |
| 5 | Phoenix, Arizona 85044<br>bholm@holmwright.com |
| 6 | *Attorneys for Arizona Tempe Town Lake, LLC.,* |
| 7 | *Business to Business Markets, Inc.* |
| 8 | MICHAEL C. MCKAY<br>Schneider Wallace Cottrell Brayton Konec |
| 9 | 7702 E. Doubletree Ranch Road<br>Suite 300 |
| 10 | Scottsdale, AZ 85258 |
| 11 | mmckay@schneiderwallace.com<br>*Attorneys for Arizona Tempe Town Lake, LLC.,* |
| 12 | *Business to Business Markets, Inc.* |
| 13 | Beverly Y. Lu<br>Gabriel G. Green |
| 14 | Reeder, Lu & Green, LLP |
| 15 | 2121 Avenue of the Stars, Suite 950<br>Los Angeles, California 90067 |
| 16 | Email: blu@reederlugreen.com<br>Email: ggreen@reederlugreen.com |
| 17 | *Attorneys for defendant Namwest-Town Lakes, LLC* |
| 18 | |
| 19 | Larry Lee Watson<br>OFFICE OF THE U.S. TRUSTEE |
| 20 | 230 North First Avenue, Suite 204<br>PHOENIX, AZ 85003-1706 |
| 21 | E-mail: larry.watson@usdoj.gov |
| 22 | /s/Sue Bermingham |
| 23 | |
| 24 | |
| 25 | |
| 26 | |