Brad Holm (011237)
**HOLM WRIGHT HYDE & HAYS PLC**
10429 South 51st Street, Suite 285
Phoenix, Arizona 85044
Telephone: (480) 961-0040
Facsimile: (480) 961-0818
bholm@holmwright.com
Attorneys for Theodore Kohan; Arizona Tempe Town Lake, LLC; and Business to Business Markets, Inc.

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| IN THE MATTER OF: | CIV-09-169-PHX-FJM |
| NAMWEST, LLC, *et al.*, | BK-2:08-bk-13935-CGC |
| Debtors. | ADV. No. 2:08-ap-00860-CGC |
| NAMWEST, LLC, | **APPLICATION FOR SUBSTITUTION OF COUNSEL** |
| Plaintiffs, | |
| v. | |
| NAMWEST-TOWN LAKES, LLC, *et al.*, | |
| Defendants. | |

Theodore Kohan, Tempe Town Lake, LLC, and Business to Business Markets, Inc. ("Kohan Parties") apply for an order under Local Rule 9010-1, permitting Holm Wright Hyde & Hays PLC/Brad Holm, Esq. to withdraw as counsel of record and substituting Schneider Wallace Cottrell Brayton Konecky LLP/Michael C. McKay, Esq. as Kohan Parties' counsel of record in this bankruptcy and this adversary action. The address of Michael McKay is Schneider Wallace Cottrell Brayton Konecky LLP, 7702 E. Doubletree

Ranch Road, Suite 300, Scottsdale, Arizona 85258.  His telephone number is (480) 607-4367.

Dated this 3rd day of December, 2009.

        HOLM WRIGHT HYDE & HAYS PLC


By /s/ Brad Holm
   Brad Holm
   Michael McKay
   10429 South 51st Street, Suite 285
   Phoenix, Arizona  85044

SCHNEIDER WALLACE COTTRELL
BRAYTON KONECKY LLP


By  /s/ Michael K. McKay
   Michael K. McKay
   7702 E. Doubletree Ranch Road, Suite 300
   Scottsdale, Arizona  85258
   Attorneys for Theodore Kohan, Tempe Town
   Lake, LLC, and Business to Business Markets, Inc.

| | |
|---|---|
| 1 | I certify that on the 3rd day of December, 2009, I electronically filed the foregoing with the |
| 2 | Clerk of the District Court, with a copy sent by Electronic notification to: |
| 3 | |
| 4 | Carolyn L. Johnson<br>Jimmie W. Pursell, Jr.<br>Todd M. Adkins |
| 5 | Kerry A. Hodges<br>JENNINGS, STROUSS & SALMON, P.L.C. |
| 6 | The Collier Center, 11th Floor<br>201 East Washington Street |
| 7 | Phoenix, Arizona 85004-2385<br>Attorneys for Plaintiff/Debtors |
| 8 | |
| 9 | /s/ Lisa DeWitt<br><sub>616-0001</sub> |